# IN THE SUPREME COURT OF THE STATE OF NEVADA

KEITH ANTHONY JOHNSON,
                              Appellant,
    vs.
THE STATE OF NEVADA,
                              Respondent.

No. 76708

FILED

AUG 3 0 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on June 29, 2018. Appellant did not file the notice of appeal, however, until August 13, 2018, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____ , J.
Pickering

_____ , J.
Gibbons

_____ , J.
Hardesty

18-34061

cc: Hon. Elissa F. Cadish, District Judge
    Keith Anthony Johnson
    Attorney General/Carson City
    Clark County District Attorney
    Eighth District Court Clerk